ROBBINS GELLER
  RUDMAN & DOWD LLP
STEVEN W. PEPICH (116086)
JAMES A. CAPUTO (120485)
LAWRENCE A. ABEL (129596)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
SteveP@rgrdlaw.com
JimC@rgrdlaw.com
LarryA@rgrdlaw.com
   – and –
NANCY M. JUDA
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
Telephone:  202/822-6762
202/828-8528 (fax)
NancyJ@rgrdlaw.com

Attorneys for Respondents

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: <br><br> CINTAS CORP. OVERTIME PAY ARBITRATION LITIGATION | Lead Case No. M:06-cv-01781-SBA <br><br> **[E-Filing]** <br><br> STIPULATION AND ORDER FOR TRANSFER OF PROCEEDINGS TO THE HONORABLE RICHARD SEEBORG |

1

2  WHEREAS, the Honorable Richard Seeborg is presiding over matters relating to

3  "litigating plaintiffs" in *Veliz, et al. v. Cintas Corporation, et al.*, C-03-1180 (N.D. Cal.), with

4  the exception of the claims of certain plaintiffs concerning alleged violations of the Employee

5  Retirement Income Security Act ("ERISA"), 29 U.S.C. §§1001 *et seq*. (Dkt Nos. 726-727);

6  WHEREAS, the Honorable Saundra Brown Armstrong presently presides over those

7  plaintiffs who the Court has ruled have binding arbitration agreements with Cintas and whose

8  claims the Court has stayed pending arbitration ("arbitrating plaintiffs"), and claims involving

9  alleged violations of ERISA, in *Veliz et al v. Cintas Corporation et al,* Case No. C-03-1180

10  (N.D. Cal.);

11  WHEREAS, the Honorable Saundra Brown Armstrong presently presides over the 70

12  separate actions which were consolidated by the Judicial Panel on Multidistrict Litigation for

13  pretrial proceedings, in *In Re Cintas Corp. Overtime Pay Arbitration Litigation*, Case No. C-06-

14  1781 (N.D. Cal.) ("arbitration petitions");

15  WHEREAS, the parties are preparing to present to the Court for approval the complete

16  settlement of all aspects of this action and related proceedings; and

17  WHEREAS, the parties believe it will be most efficient for the Court and the parties to

18  proceed before a single judge with the approval and confirmation of the settlement of all matters;

19  NOW THEREFORE, the parties, through their respective counsel of record, agree and

20  stipulate to an Order of the Court that: All matters in the above-captioned proceedings currently

21  before the Honorable Saundra Brown Armstrong shall be transferred to the Honorable Richard

22  Seeborg.

23  IT IS SO STIPULATED.

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF PROCEEDINGS          - 2 -

| | | |
|---|---|---|
| 1 | DATED: October 4, 2010 | ROBBINS, GELLER RUDMAN & DOWD LLP |
| 2 | | STEVEN W. PEPICH |
| | | JAMES A. CAPUTO |
| 3 | | LAWRENCE A. ABEL |

                                                     */s/ James A. Caputo*  
                                                      JAMES A. CAPUTO

ALTSHULER BERZON LLP  
MICHAEL RUBIN  
EILEEN GOLDSMITH  
177 Post Street, Suite 300  
San Francisco, CA  94108  
Telephone:  415/421-7151  
415/362-8064 (fax)

TRABER & VOORHEES  
THERESA M. TRABER  
128 No. Fair Oaks Avenue, Suite 204  
Pasadena, CA  91103  
Telephone:  626/585-9611  
626/577-7079 (fax)

Attorneys for Plaintiffs

DATED:  October 4, 2010                    SQUIRE, SANDERS & DEMPSEY, L.L.P.  
                                                         MARK C. DOSKER  
                                                           DIANE L. GIBSON  
                                                           MICHAEL W. KELLY

                                                        */s/ Mark C. Dosker*  
                                                             MARK C. DOSKER

275 Battery Street, Suite 2600  
San Francisco, CA  94111  
Telephone:  415/954-0200  
415/391-2493 (fax)

Attorneys for Petitioner Cintas Corporation and Plan Administrator for the Cintas Partners' Plan

                                                     *     *     *

STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF PROCEEDINGS   - 3 -

1 **O R D E R**

2 Having considered the parties' stipulation, and good cause appearing therefor,

3 IT IS SO ORDERED.

4 DATED: October 14, 2010

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE